# UNITED STATES DISTRICT COURT

for the

Southern District of California

Bauer Bros, LLC )
)
v. )
Nike, Inc. )
)

Case No.: 09cv0500-WQH-BGS

Hearing Date: June 28, 2012

Hearing Time: 10:00 a.m.

Hearing Location: Clerk's Office
880 Front Street, suite 4290
San Diego, CA 92101

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___May 24, 2012___ against ___Bauer Bros, LLC.___ ,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................... $ | |
| Fees for service of summons and subpoena ................................................ | 2,579.77 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 12,289.25 |
| Fees and disbursements for printing.................................................... | 1,509.46 |
| Fees for witnesses *(itemize on page two)* .................................................. | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,070.94 |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals.......................................... | |
| Compensation of court-appointed experts ............................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* .......................................................... | |
| TOTAL  $ | 19,449.42 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

    ☑   Electronic service          ☐   First class mail, postage prepaid

    ☐   Other: _____

s/ Attorney: ___/Marcus Peterson/_____

Name of Attorney: Marcus Peterson_____

For: _____Nike, Inc._____     Date: ___June 7, 2012___
            *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
*Clerk of Court*                        *Deputy Clerk*                      *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | | Reset |
|---|---|---|---|

# Fees for Service of Summons and Subpoena



# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 110727 | 123 |
| **Invc Date** | **Total Due** |
| 2/15/11 | 2,650.70 |

NATIONWIDE LEGAL EXPRESS LLC

1609 James M Wood Blvd., Los Angeles, CA 90015

HOWREY LLP
550 SOUTH HOPE STREET, 11TH FLR
ATTN: ISABEL LOUCKS
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|---|
| | | 123 | 110727 | 2/15/11 | 2,650.70 | 2 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 1/31/11 COURTESY COPY E-TRAC | 327927 | C/C | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 Caller: JOHN FITZPATRICK Case Number:8:04-CV-01455-CJC Documents:STIPULATION AND PROP OSED ORDER RE BRIEFI Client/Matter: 04692.0178.000000 Pieces/Pages: 8 | USDC/SANTA ANA 411 WEST FOURTH STREET SANTA ANA CA 92701 Case Title:ARMINAK V ST GOBAIN Signed by: DELIVERED CC/CARNEY'S | Base Chg : 25.00 | | 25.00 |
| 2/04/11 DIGITAL RETURN SAMEDAY | 329273 | DSD | USDC/SANTA ANA 411 WEST FOURTH STREET SANTA ANA CA 92701 Caller: JOHN FITZPATRICK Case Number:8:03CV1329-JVS Documents:DOCKET NO. 351 SPECI AL VERDICT (ENTERED: Client/Matter: 04692.0178.000000 | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 ADV FEES ONLY Case Title:APPLIED MED. V. J&J Signed by: ADV FEES ONLY FOR CONT | Adv Fees : 26.00 | | 26.00 |
| | | | **Total  Charges** for Ref. - 04692.0178.000000: 51.00 | | | | |
| 1/31/11 DEL RSH-2HRS E-TRAC | 327883 | RUD | HOWEREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 Caller: THERESA STRUWE Case Number:F-04-6121 Documents:CITY OF MODESTO OPPO SITION TO MOTION TO Client/Matter: 04926.0003.000000 Pieces/Pages: 10 | USDC/FRESNO 2500 TULARE STREET FRESNO CA 93721 Case Title:CCCI V. CITY MODESTO Signed by: DELIV COURTESY COPY | Base Chg : 130.00 Wait/Rsrch: 25.00 Fax/Pages : 10.00 | | 165.00 |
| | | | **Total  Charges** for Ref. - 04926.0003.000000: 165.00 | | | | |
| 2/08/11 SPECIAL OUT STATE PROCESS | 330250 | SP | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 Caller: SHELLEY MARTENSO Case Number:09CV0500 WQH BGS Client/Matter: 04938.0015.00000 Pieces/Pages: 8 | STORES ONLINE, INC. 1303 N. RESEARCH WAY OREM UT 84097 Case Title:SUBPOENA TO PRODUCE Signed by: RACHEL WILLIAMSON | Base Chg : 265.00 Fed Ex : 25.00 | | 290.00 |
| | | | **Total  Charges** for Ref. - 04938.0015.00000: 290.00 | | | | |
| 2/10/11 SPECIAL PROCESS | 330937 | SPP | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 Caller: SHELLEY MARTENSO Case Number:09CV0500 WQH BGS Client/Matter: 04938.0015.000000 Pieces/Pages: 8 | THE DEN 2744 CARLSBAD BLVD CARLSBAD CA 92008 Case Title:SUBPOENA TO PRODUCE Signed by: MARY STEELY | Base Chg : 185.00 Fax/Pages : 4.00 | | 189.00 |
| | | | **Total  Charges** for Ref. - 04938.0015.000000: 189.00 | | | | |
| | | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 111098 | 123 |
| **Invc Date** | **Total Due** |
| 3/15/11 | 2,101.88 |

1609 James M Wood Blvd., Los Angeles, CA 90015

HOWREY LLP
550 SOUTH HOPE STREET,11TH FLR
ATTN:ISABEL LOUCKS
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|
| | | 123 | 111098 | 3/15/11 | 2,101.88 | 1 | | |
| **Date** | **Ordr No.** | **Svc** | **Service Detail** | | | | **Charges** | **Total** |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/08/11<br>HOT DELIVERY-1 HOUR | 338017 | HTD | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES      CA 90071<br>Caller: YVONNE KUBICEK<br>Case Number:DELIVER COURTESY CPY<br>Client/Matter: 01638-5884 | USDC/SANTA ANA<br>411 WEST FOURTH STREET<br>SANTA ANA      CA 92701<br><br>Signed by: JUDGES BOX | Base Chg : 112.00<br>Fuel Chrg : 5.60 | 117.60 |
| | | | **Total  Charges** for Ref. - 01638-5884: 117.60 | | | |
| 3/07/11<br>COURTESY COPY  E-TRAC | 337843 | C/C | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES      CA 90071<br>Caller: JOHN FITZPATRICK<br>Case Number:8:04-CV-01455-CJC<br>Documents:REPLY BRIEF<br>Client/Matter: 04692.0178.000000<br>Pieces/Pages: 15 | USDC/SANTA ANA<br>411 WEST FOURTH STREET<br>SANTA ANA      CA 92701<br><br>Case Title:ARMINAK V ST GOBAIN<br><br>Signed by: DELIVERED CC/CARNEY'S | Base Chg : 25.00 | 25.00 |
| | | | **Total  Charges** for Ref. - 04692.0178.000000: 25.00 | | | |
| 2/15/11<br>SPECIAL PROCESS | 332132 | SPP | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES      CA 90071<br>Caller: SHELLEY MARTENSO<br>Case Number:09CV0500 WQH BGS<br>Client/Matter: 04938.0015.000000<br>Pieces/Pages:    8 | DOMAIN SOURCE, INC.<br>17778 SHASTA LAKE ROAD<br>LAKEHEAD      CA 96051<br>OUT OF METRO AREA<br>Case Title:SUBPOENA TO PRODUCE<br>Signed by: CLOSE OUT | Base Chg : 225.00 | 225.00 |
| | | | **Total  Charges** for Ref. - 04938.0015.000000: 225.00 | | | |
| 3/03/11<br>SPECIAL DEL-IMMEDIATE | 336769 | SPD | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES      CA 90071<br>Caller: DONNA JOHNSON<br>Case Number:CV 09-9192 GW (CWX)<br>Documents:MOTION TO DISMISS 2N D AMD COMPLAINT; [PR<br>Client/Matter: 05262.0092.000000 | USDC - CENTRAL DISTRICT<br>312 N. SPRING STREET<br>LOS ANGELES      CA 90012<br><br>Case Title:CHAVEZ V. NESTLE<br><br>Signed by: CC DEL JUDGE WU | Base Chg : 31.00 | 31.00 |
| | | | **Total  Charges** for Ref. - 05262.0092.000000: 31.00 | | | |
| 3/10/11<br>DEL SPCL-ASAP  E-TRAC | 338886 | SPD<br>SPD | SAN BERNARDINO/CIVIL<br>303 WEST THIRD STREET<br>SAN BERNARDINO   CA 92415<br>Caller: JUDITH WESSLER<br>Case Number:SCVSS148531<br>Documents:PICK UP ORDER ON CMO  #2 FROM CLERK IN JU<br>Client/Matter: 07288.0043.000000 | HOWREY LLP<br>550 S. HOPE<br>LOS ANGELES      CA 90071<br><br>Case Title:ALVANTAI V. UP<br><br>Signed by: PICKED UP | Base Chg : 105.00<br>Wait/Rsrch: 36.00<br>Fuel Chrg : 5.25 | 146.25 |
| | | | **Total  Charges** for Ref. - 07288.0043.000000: 146.25 | | | |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 110920 | 123 |
| **Invc Date** | **Total Due** |
| 2/28/11 | 4,340.88 |

1609 James M Wood Blvd., Los Angeles, CA 90015

HOWREY LLP
550 SOUTH HOPE STREET,11TH FLR
ATTN:ISABEL LOUCKS
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 123 | 110920 | 2/28/11 | 4,340.88 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/10/11<br>SPECIAL OUT STATE PROCESS | 330932 | SP | EMODA.COM CORPORATION<br>302 MOORE ST.<br>PHILADELPHIA    PA 19148<br>Caller: SHELLEY MARTENSO<br>Case Number:09CV0500 WQH BGS<br>Client/Matter: 04938.0015.000000<br>Pieces/Pages:    8 | EMODA.COM (AGENT BUSINESS FI. INC.)<br>116 PINE STREET, SUITE 320<br>HARRISBURG       PA 17101<br><br>Case Title:SUBPOENA TO PRODUCE<br>Signed by: BOB SERSCH, | Base Chg  :    230.00<br>Attmpt/addl:    230.00<br>Add'l fees:    230.00<br>Fed Ex    :     25.00 | 715.00 |
| 2/23/11<br>SPECIAL PROCESS | 334445 | SPP | DALE PINER, C.P.A<br>4800 STOCKDALE HIGHWAY<br>BAKERSFIELD    CA 93309<br>Caller: SHELLEY MARTENSO<br>Client/Matter: 04938.0015.000000<br>Pieces/Pages:    8 | NEW ADDRESS<br>200 NEW STINE ROAD<br>BAKERSFIELD      CA 93309<br><br>Signed by: PERSONAL | Base Chg  :    165.00<br>Attmpt/addl:    100.00<br>Fed Ex    :     25.00 | 310.00 |

Total   Charges for Ref. - 04938.0015.000000:   1,025.00

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/16/11<br>RSCH SPCL-ASAP  E-TRAC | 332627 | SPR | STATE CORPORATION COMMISION<br>1300 EAST MAIN STREET #1<br>RICHMOND      VA 23219<br>Caller: JUDITH WESSLER<br>Documents:UCC DOCUMENT #080320  73134, ORIGINALLY F<br>Client/Matter: 05265.0001<br>Pieces/Pages:    1 | HOWREY LLP<br>550 S. HOPE STREET<br>LOS ANGELES    CA 90071<br><br>Signed by: OBTAIN/PDF TO CLIENT | Base Chg  :    200.00<br>Wait/Rsrch:     35.00<br>Fees Adved:      1.00<br>Fax/Pages :      1.00 | 237.00 |

Total   Charges for Ref. - 05265.0001:   237.00

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/28/11<br>FAX/PDF HOT-1HR  E-TRAC | 335406 | HFX | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES    CA 90071<br>Caller: JUDITH WESSLER<br>Case Number:CV10-09544 (GW)<br>Documents:COURTESY COPIES:  (1 ) SECOND STIPULATION<br>Client/Matter: 05265.0001 (FRANCIS)<br>Pieces/Pages:    9 | USDC - CENTRAL DISTRICT<br>312 N. SPRING STREET<br>LOS ANGELES    CA 90012<br><br>Case Title:FRANCIS V. NESTLE<br><br>Signed by: CC DEL JUDGE WU | Base Chg  :     65.00<br>Fax/Pages :      4.50<br>Blue Backs:      1.00 | 70.50 |

Total   Charges for Ref. - 05265.0001 (FRANCIS):   70.50

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/16/11<br>RSCH SPCL-ASAP  E-TRAC | 332576 | SPR | ST. LOUIS COUNTY CIRCUIT<br>7900 CARONDELET<br>SAINT LOUIS    MO 63105<br>Caller: JUDITH WESSLER<br>Case Number:11SL-CC00532<br>Documents:COPY OF COMPLAINT AN D ALL EXHIBITS THERE<br>Client/Matter: 05265.0001.000000<br>Pieces/Pages:    1 | HOWREY LLP<br>550 S. HOPE STREET<br>LOS ANGELES    CA 90071<br><br>Case Title:CEBTRUE-V-CEDAR RUN<br><br>Signed by: OBTAIN DOCS REQUIRED/P | Base Chg  :    200.00<br>Wait/Rsrch:     30.00<br>Adv Fees  :     30.00<br>Check Chgs:      3.00<br>Fax/Pages :     15.00 | 278.00 |

Total   Charges for Ref. - 05265.0001.000000:   278.00

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

U S LEGAL MANAGEMENT
SERVICES, INC.
TAX ID#34-2003879

| | | | |
|---|---|---|---|
| Invoice No. | Customer No. | | |
| 1142073 | 11060 | | |
| Invc Date | Total Due | | |
| 6/30/11 | 7,804.55 | | |

PILLSBURY-LEGAL
725 SOUTH FIGUEROA STREET
28TH FLOOR
LOS ANGELES, CA 90017

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 11060 | 1142073 | 6/30/11 | 7,804.55 | 4 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/27/11 | 4965549 | FSP | PILLSBURY WINTHROP-LEGAL | PERPETUAL LICENSING | Base Chg : 279.00 | 279.00 |
| PROCESS-FORWARD SAME DAY | | | 725 SOUTH FIGUEROA STREET | 12 EAST 86TH STREET | | |
| | | | LOS ANGELES      CA 90017 | NEW YORK      NY 10022 | | |
| | | | Caller: grady johnson | | | |
| | | | Case No.: 09CV0500 WQH | Case Title: NIKE VS. BAUER BROS | | |
| | | | Signed: DAVID MILCH | Ref: 073281-000-0001 | | |

Total Charges for Ref. - 073281-000-0001:    279.00

U S LEGAL MANAGEMENT
SERVICES, INC.
TAX ID#34-2003879

PILLSBURY-LEGAL
725 SOUTH FIGUEROA STREET
28TH FLOOR
LOS ANGELES, CA 90017

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11060 | 1142073 | 6/30/11 | 7,804.55 | 5 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|

6/27/11  4965645  BAP      PILLSBURY WINTHROP-LEGAL       REA & PARKER REASEARCH         Base Chg :   181.50
                           725 SOUTH FIGUEROA STREET      4875 CASALS PLACE             Fuel Chge :   16.34          197.84
PROCESS-BRANCH ASAP        LOS ANGELES      CA 90017      SD-SANTO/52 FWY  CA 92142
                           Caller: GRADY 7414
                           Case No.: 09CV0500WQH          Case Title: BAUER BROS V NIKE
                           PLEASE SERVE TODAY
                           Signed: Richard Parker, Pres.  Ref: 073281.0000001.17265

6/27/11  4965653  BAP      PILLSBURY WINTHROP-LEGAL       RGL GALLEGHER LLP              Base Chg :    90.48
                           725 SOUTH FIGUEROA STREET      501 WEST BROADWAY             Fuel Chge :    8.14           98.62
PROCESS-BRANCH ASAP        LOS ANGELES      CA 90017      SD-DOWNTOWN      CA 92101
                           Caller: GRADY 7414
                           Case No.: 09CV0500WQH          Case Title: BAUER BROS V NIKE
                           PLEASE SERVE TODAY
                           Signed: Greg Highuotes, a, a   Ref: 073281.0000001.17265

6/27/11  4965655  BAP      PILLSBURY WINTHROP-LEGAL       FLAGSHIP RESEARCH             Base Chg :    90.48
                           725 SOUTH FIGUEROA STREET      2850 5TH AVENUE               Fuel Chge :    8.14           98.62
PROCESS-BRANCH ASAP        LOS ANGELES      CA 90017      SD-DOWNTOWN      CA 92101
                           Caller: GRADY 7414
                           Case No.: 09CV0500WQH          Case Title: BAUER BROS V NIKE
                           PLEASE SERVE TODAY
                           Signed: Jackie Helleis, a.a.   Ref: 073281.0000001.17265

6/27/11  4965658  APS      PILLSBURY WINTHROP-LEGAL       LORI STOCKTON KOZAK           Base Chg :   118.25
                           725 SOUTH FIGUEROA STREET      12400 WILSHIRE BLVD           Fuel Chge :   10.64          128.89
PROCESS-SAME DAY           LOS ANGELES      CA 90017      LOS ANGELES      CA 90025
                           Caller: GRADY 7414
                           Case No.: 09CV0500WQH          Case Title: BAUER BROS V NIKE
                           PLEASE SERVE TODAY
                           Signed: Tonya Rodgers/ata      Ref: 073281.0000001.17265

Total Charges for Ref. - 073281.0000001.17265:    523.97

U S LEGAL MANAGEMENT
SERVICES, INC.
TAX ID#34-2003879

PILLSBURY-LEGAL
725 SOUTH FIGUEROA STREET
28TH FLOOR
LOS ANGELES, CA 90017

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 11060 | 1139045 | 3/31/11 | 2,633.93 | 6 |

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| | | | | Service Detail | | |

3/18/11   4881398  BAP    PILLSBURY WINTHROP-LEGAL    THE DEN              Base Chg  :   181.50
                          725 SOUTH FIGUEROA STREET   2744 CARLSBAD BLVD   Fuel Chge :    16.34
PROCESS-BRANCH ASAP       LOS ANGELES    CA 90017     CARLSBAD      CA 92008  Adv/Wit Ck:    52.00
                          Caller: GRADY 43338                              Check Chg :     5.20    255.04
                          Case No.: 09-CV0500 WQH     Case Title: BAUER VS NIKE
                          09-CV0500 WQH               BAUER VS NIKE
                          Signed: Summer Rayle-Striler,   Ref: 073281-000-0001


3/22/11   4883348  BAP    PILLSBURY WINTHROP-LEGAL    ZAZZLE INC           Base Chg  :   217.25
                          725 SOUTH FIGUEROA STREET   1900 SEAPORT BLVD    Fuel Chge :    19.55    236.80
PROCESS-BRANCH ASAP       LOS ANGELES    CA 90017     REDWOOD CITY    CA 94063
                          Caller: GRADY 43338
                          Case No.: 09CV0500 WQH      Case Title: BAUER VS NIKE
                          09CV0500                    BAUERE VS NIKE
                          Signed: Melanie Sherk, VP   Ref: 073281-000-0001


                    Total Charges for Ref. - 073281-000-0001:    491.84

# Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case (Including Court Reporters)

# Deposition Transcripts

Bauer v. Nike

| Invoice # | Witness | Date | Transcript Non expedited fee |
|-----------|---------|------|------------------------------|
| 11-10426 | Tim Bauer | 4/7/2011 | 1521.5 |
| 11-10425 | Luke Bauer | 4/6/2011 | 1517.25 |
| 11-11369 | Louis Rea | 8/10/2011 | 1530 |
| 11-11410 | Lori Kozak | 8/25/2011 | 1092.25 |
| 11-11436 | Richard Holstrom | 8/22/2011 | 1453.5 |



# Invoice

| | Date | Invoice # |
|---|---|---|
| | 9/2/2011 | 11-11436 |

1299 Pennsylvania Avenue
Suite 1130E
Washington, DC 20004
202-232-0646

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Richard Holstrom |

| Terms | Due Date |
|---|---|
| Net 30 | 10/2/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 8/22/2011 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + RASCII | | ~~1,966.50~~  *1,453.50* |
| Exhibit Scanning B&W | | 46.00 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~875.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

Charge: Client *073281*  Matter *1*  Disb Code *0037*
Description *Deposition of Richard Holstrom*
Incurring Emp *Bobby Ghajar*  E# *17264*
Approved by _____  E# _____  Date *10/5/11*
Print Name _____
Approved by _____  E# _____
Print Name _____  Date _____

| Total | ~~$3,427.50~~  $1,754.50 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $3,427.50 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.



# Invoice

| | Date | Invoice # |
|---|---|---|
| 1299 Pennsylvania Avenue<br>Suite 1130E<br>Washington, DC 20004<br>202-232-0646 | 8/31/2011 | 11-11410 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Lori Kozak |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 9/30/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 8/25/2011 | 200.00 |
| Transcript - 5 day turnaround (CA,NY,FL,OH) | | ~~1,709.05~~  1,092.25 |
| Exhibit Scanning B&W | | 57.00 |
| Exhibit Scanning color | | 8.50 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~750.00~~ |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 55.00 |

*Handwritten stamp:*
Charge: Client 073281 Matter 1 Disb Code 6037
Description: Deposition of Lori Kozak
Incurring Emp. Bobby Ghajar E# 17264
Approved by _____ E# _____ Date 10/5/11
Print Name _____
Approved by _____ E# _____ Date _____
Print Name _____

| | | |
|---|---|---|
| Total | $1,412.75 | ~~$3,064.55~~ |
| Payments/Credits | | $0.00 |
| **Balance Due** | | $3,064.55 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

1299 Pennsylvania Avenue
Suite 1130E
Washington, DC 20004
202-232-0646

| Date | Invoice # |
|------|-----------|
| 8/26/2011 | 11-11369 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---------|--------------|----------|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Louis Rea |

| | Terms | Due Date |
|---|-------|----------|
| | Net 30 | 9/25/2011 |
| Description | Serviced | Amount |

| Description | Serviced | Amount |
|-------------|----------|--------|
| Appearance fee (10:00am - 7:10pm) | 8/10/2011 | 380.00 |
| Transcript - 5 day turnaround (CA,NY,FL,OH) | | ~~2,394.00~~  1,530 |
| Exhibit Scanning B&W | | 47.50 |
| Exhibit Scanning color | | 56.95 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~1,062.50~~ |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 55.00 |

*(handwritten stamp)*
Charges: Client: 073281 Matter: 1 Disb Code: 0037
Description: Deposition Transcript - Louis Rea
Incurring Emp: Bobby Ghajar E#: 17264
Approved by: *(signature)* E#:
Print Name:
Approved by: E#: Date: 10/5/11
Print Name: Date:

| Total | $2,069.45  $4,280.95 |
|-------|----------------------|
| Payments/Credits | $0.00 |
| **Balance Due** | $4,280.95 |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.



# Invoice

| | Date | Invoice # |
|---|---|---|
| | 4/15/2011 | 11-10425 |

1299 Pennsylvania Avenue
Suite 1130E
Washington, DC 20004
202-232-0646

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Luke Bauer |

| Terms | Due Date |
|---|---|
| Net 30 | 5/15/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee (10:30 - 10pm) | 4/6/2011 | 320.00 |
| Transcript - 5 day turnaround (CA,NY,FL,OH) | | *1,517.45* ~~2,374.05~~ |
| Exhibit Scanning B&W | | 133.75 |
| Exhibit Scanning color | | 60.35 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~1,312.50~~ |

Charge: Client _073281_ Matter _000001_ Disb Code _0037_
Description _Deposition Transcripts_

Incurring Emp _Bobby Ghajar_ E# _17264_
Approved by _____ E# _____
Print Name _____ Date _4227_
Approved by _____ E# _____
Print Name _____ Date _____

| | | |
|---|---|---|
| **Total** | *$2,034.35* | $4,485.65 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $4,485.65 |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.



# Invoice

| | Date | Invoice # |
|---|---|---|
| | 4/15/2011 | 11-10426 |

1299 Pennsylvania Avenue
Suite 1130E
Washington, DC 20004
202-232-0646

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Tim Bauer |

| Terms | Due Date |
|---|---|
| Net 30 | 5/15/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee (10am - 8pm) | 4/7/2011 | 280.00 |
| Transcript - 5 day turnaround (CA,NY,FL,OH) | | ~~2,380.70~~ *1,521.58* |
| Exhibit Scanning B&W | | 51.75 |
| Exhibit Scanning color | | 1.70 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~1,125.00~~ |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 55.00 |

*Charge: Client 073281 Matter 000001 Disb Code 0037*
*Description Deposition Transcripts*

*Incurring Emp Bobby Ghajar  E# 17264*
*Approved by                       E#*
*Print Name*
*Approved by                       E#           Date 4-22-11*
*Print Name                        Date*

| Total | ~~$4,179.15~~ *$1,909.95* |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$4,179.15** |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

 **ESQUIRE**

Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205



BOBBY GHAJAR ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

## *Invoice # PL315174*

| Invoice Date | 09/13/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/28/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/24/2011 | BAUER vs. NIKE | 410598 | 09/07/2011 | UPS |

| Description |
|---|
| Copy Deposition for HAL PORET, 08/24/2011 (NEW YORK, NY) |

    EXHIBITS
    SUMMARY

Charge: Client 073281 Matter 1 Disb Code 0037
Description Hal Poret — Deposition Transcript

Incurring Emp Bobby Ghajar E# 17264
Approved by      E#
Print Name      Date 10/5/11
Approved by      E#
Print Name      Date



| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/28/2011** | **$ 533.55** |
| Amount Due After 10/28/2011 | $ 586.91 |

Tax Number:   20-4667049

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** AMERICAN DISCOVER

# ESQUIRE
an Alexander Gallo company

| | |
|---|---|
| Invoice #: | PL315174 |
| Payment Due: | 10/28/2011 |
| **Amount Due On/Before 10/28/2011** | **$ 533.55** |
| Amount Due After 10/28/2011 | $ 586.91 |

BOBBY GHAJAR ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

012 0000315174 09132011 7 000053355 8 10282011 10282011 0 000058691 35

 **ESQUIRE**

Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205



### Invoice # PL315773

| Invoice Date | 09/16/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/31/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

RICHARD ZAITLEN ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/29/2011 | BAUER vs. NIKE | 410982 | 09/12/2011 | UPS |

| Description |
|---|
| Copy Deposition for CATE ELSTEN, 08/29/2011 (SAN FRANCISCO, CA) |

EXHIBITS
SUMMARY

Charge: Client 073281-0000001 Matter Disb Code 0037
Description Deposition Transcript of
Cate Elsten, 8/29/11

Incurring Emp Richard Zaitlen E# 1344
Approved by E# 1264
Print Name Bobby Ghajal Date 9/26/11
Approved by E#
Print Name Date



| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/31/2011** | **$ 848.20** |
| Amount Due After 10/31/2011 | $ 933.02 |

**Tax Number:** 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL315773 |
| Payment Due: | 10/31/2011 |
| **Amount Due On/Before 10/31/2011** | **$ 848.20** |
| Amount Due After 10/31/2011 | $ 933.02 |

**ESQUIRE**
an Alexander Gallo Company

RICHARD ZAITLEN ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

012 0000315773 09162011 1 000084820 7 10312011 10312011 4 000093302 11

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 295352 | 5/19/2011 | 226331 |

| Job Date | Case No. |
|---|---|
| 5/6/2011 | |

| Case Name | |
|---|---|
| Bauer Bros., LLC vs. Nike, Inc. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

U.S. Legal Support - SD
1230 Columbia Street
Suite 400
San Diego, CA  92101
Phone:619-573-4883    Fax:619-573-4880

Bobby Ghajar
Pillsbury, Winthrop, Shaw & Pittman-LA
725 South Figueroa Street
Suite 2800
Los Angeles, CA  90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

Frank Kelly                                                                                      485.10

                                              TOTAL DUE  >>>                          **$485.10**

Reference No.      : 140965

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                          Phone: 213-488-7100    Fax:213-629-1033

*Please detach bottom portion and return with payment.*

Bobby Ghajar
Pillsbury, Winthrop, Shaw & Pittman-LA
725 South Figueroa Street
Suite 2800
Los Angeles, CA  90017

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : 226331 | | BU ID | : 42-SD | |
| Case No. | : | | | | |
| Case Name | : Bauer Bros., LLC vs. Nike, Inc. | | | | |
| Invoice No. | : 295352 | | Invoice Date | : 5/19/2011 | |
| **Total Due** | : **$485.10** | | | | |

Remit To:   **U.S. Legal Support (CA Reporting)**
                **P O Box 79637**
                **City of Industry, CA  91716-9637**

**PAYMENT WITH CREDIT CARD**                AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Session # 142174
RUSH



**ESQUIRE**

Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Toll Free (800) 300-1214
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com



BOBBY GHAJAR ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

### Invoice # PL313302

| Invoice Date | 09/01/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/16/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped - | Shipped Via |
|---|---|---|---|---|
| 08/23/2011 | BAUER vs. NIKE | 410538 | 08/30/2011 | F-X-S |

| Description |
|---|
| Copy Deposition for JAMES RIFE, 08/23/2011 (LOS ANGELES, CA) |
| EXHIBITS |
| SUMMARY |

ENTERED - SF

SEP 2 8 2011

C. Pugeda

Charge: Client 073281 Matter 1 Disb Code 0037
Description
Deposition of James Rife

Incurring Emp 17264 E# 17264
Approved by _____ E# _____
Print Name Bobby Ghajar Date 9-15-11
Approved by _____ E# _____
Print Name _____ Date _____

RECEIVED - SF

SEP 19 2011

Teresa Isle

Tax: $ 0.00
Paid: $ 0.00

**Amount Due On/Before 10/16/2011** $ 808.90

Amount Due After 10/16/2011 $ 889.79

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

016069

**ESQUIRE**

VISA MasterCard DISCOVER AMERICAN EXPRESS

BOBBY GHAJAR ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

RECEIVED

SEP 15 2011

PWSP LLP - Acctg LA

Invoice #: PL313302
Payment Due: 10/16/2011

Amount Due On/Before 10/16/2011 $ 808.90

Amount Due After 10/16/2011 $ 889.79

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012  0000313302  09012011  0  000080890  4  10162011  10162011  4  000088979  23

# Court Transcripts

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20120034

**MAKE CHECKS PAYABLE TO:**

Bobby Ghajar, Esq.
PILLSBURY WINTHROP SHAW PITTMAN
725 S. Figueroa, Suite 2800
Los Angeles, CA 90017

Phone: (213) 488-7174

Debra M. Henson, CSR, RPR
Official Court Reporter
U.S. Courthouse
940 Front Street, Suite 5190
San Diego, CA 92101

Phone: (619) 238-4538
FAX (619) 238-4538
Tax ID: 59-3772227
courtreporterusdc@sbcglobal.net

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 03-02-2012 | DATE DELIVERED: 03-05-2012 |

**Case Style:** 09-CV-0500 WQH, Bauer Bros. v Nike
MAG transcription: Discovery hearing, 2-29-12, before Magistrate Judge
Bernard G. Skomal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 28 | 0.90 | 25.20 | | | | 25.20 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 25.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $25.20 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Debra M. Henson | DATE 03-05-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20120026

**MAKE CHECKS PAYABLE TO:**

Bobby Ghajar, Esq.
PILLSBURY WINTHROP SHAW PITTMAN
725 S. Figueroa, Suite 2800
Los Angeles, CA 90017

Phone: (213) 488-7174

Debra M. Henson, CSR, RPR
Official Court Reporter
U.S. Courthouse
940 Front Street, Suite 5190
San Diego, CA 92101

| | |
|---|---|
| Phone: | (619) 238-4538 |
| FAX | (619) 238-4538 |
| Tax ID: | 59-3772227 |
| courtreporterusdc@sbcglobal.net | |

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 02-21-2012

DATE DELIVERED: 02-22-2012

**Case Style:** 09-CV-0500 WQH, Bauer Bros. v Nike
MAG Transcription: 1-28-11, discovery hearing before Judge Bernard G. Skomal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 17 | 6.05 | 102.85 | | | | | | | 102.85 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 102.85 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $102.85 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: */s/ Debra M. Henson*

DATE 02-22-2012

(All previous editions of this form are cancelled and should be destroyed)

Thanks,

On Wed, Nov 2, 2011 at 5:55 PM, Peterson, Marcus D. <<u>marcus.peterson@pillsburylaw.com</u>> wrote:
Thanks Mauralee. We'll take seven days.

---

**From:** mauralee ramirez <<u>ordertranscript@gmail.com</u>>
**To:** Peterson, Marcus D.
**Sent:** Wed Nov 02 17:08:50 2011
**Subject:** Re: Transcript of 10-28-11 proceeding

Hi Mr. Peterson,

I apologize for the delay in responding to your order. The transcript is 52 pages, and the cost breakdown is as follows:

Daily ($6.05 per page) - $314.60
7-day ($4.85 per page) - $252.20
14-day ($4.25 per page)-$221.00
30-day ($3.65 per page)-$189.80

Payment is to be made before delivery. Delivery is email unless otherwise specified. Checks are to be made payable to me as follows:

If mailing:
Mauralee Ramirez
Official Court Reporter
880 Front Street, Room 4290
San Diego, California 92101

If hand delivering:
Mauralee Ramirez
Official Court Reporter
940 Front Street, Room 4135
San Diego, California 92101

Please indicate the time frame in which you would like to receive the transcript.

Thanks,

On Fri, Oct 28, 2011 at 3:54 PM, Peterson, Marcus D. <<u>marcus.peterson@pillsburylaw.com</u>> wrote:
Mauralee,

I would like to order a transcript of the 11:00 hearing before Judge Hayes this morning in the Bauer Bros v Nike matter, Case No 09-cv-0500.

Thanks so much!

Marcus Peterson
Pillsbury

6/5/2012

# pillsbury

# CHECK REQUEST FORM

|  | Mark if CPC |
|---|---|

| Date Required: | 11/15/2011 | Return Check to: | Donna Colon | Room: | 2779W |
|---|---|---|---|---|---|

**Check To:** Mauralee Ramirez

**Address:** Official Court Reporter

880 Front Street, Room 4290

San Diego, Ca 92101

**Tax Payer ID #** _____    Check Amount*    **$252.20**

**Client Charge 1:**

| Client # | Matter # | DisbCode | E# (Incurring Empl) | Amount |
|---|---|---|---|---|
| 073281 | 0000001 | | 17264 | $252.20 |

Client/Matter Name: NIKE-BAUER

Description: COURT REPORTER SERVICE

**Client Charge 2:**

| Client # | Matter # | DisbCode | E# (Incurring Empl) | Amount |
|---|---|---|---|---|
| | | | | |

Client/Matter Name:

Description:

### AND/OR

**Office Charge 1:**

| Office | Dept. | G/L Account | PracSect | E# (Incurring Empl) | Amount |
|---|---|---|---|---|---|
| | | | | | |

Description:

**Office Charge 2:**

| Office | Dept. | G/L Account | PracSect | E# (Incurring Empl) | Amount |
|---|---|---|---|---|---|
| | | | | | |

Description:

| Total Client & Office Charges | Total Must Equal Check Amount Above* | $252.20 |
|---|---|---|

| Prepared By: | |
|---|---|
| Network Telephone # | Date Prepared: |

**Approval Signature:** _____

**Approved By:** EVAN FINKEL    E# 13439    Date: 11/15/2011

**2nd Approval Signature: (if applicable)**

**Approved By:** _____    E# _____    Date: _____

**3rd Approval Signature: (if applicable)**

**Approved By:** _____    E# _____    Date: _____

| FOR FINANCE USE ONLY | RECEIVED in Finance | ENTERED in CMS |
|---|---|---|
| Vendor #: | | |
| Invoice #: | | |
| Invoice Date: | | |

# Fees and Disbursements for Printing



# LA Best Photocopies, Inc.
811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
**Phone:** (213) 622-1622
**Fax:** (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/3/2011 | LA 111451 |

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Howrey LLP<br>550 S. Hope St., Suite 1100<br>Los Angeles, CA 90071<br>Attn: Shelley Martenson | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 892-1935 | 04938.0015 | Shelley Martenson |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Color Printout | Color Printout<br>Sales Tax | 1,530 | 0.65<br>9.75% | 12/30/2010 | 994.50T<br>96.96 |

| Thank you for your business. | **Total** | $1,091.46 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.

# Fees for Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use in this Case



# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/25/2011 | LA 113018 |

### BILL TO
Pillsbury
725 South Figueroa St. Suite 2800
Los Angeles, CA 90017
Attn: Bobby Ghajar

### PLEASE REMIT TO
LA Best Photocopies, Inc.
811 Wilshire Blvd. Suite 200
Los Angeles, CA 90017

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | 213 488-7100 | 073281.000.0001 | Grady/Bobby |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Scan | B&W Scan to PDF | 164 | 0.10 | | 16.40T |
| Color Scan | Color Scan | 188 | 0.35 | | 65.80T |
| Color Scan | 11 x 17" Color Scan | 85 | 0.75 | | 63.75T |
| Electronic Bates | NIKE 006116 - NIKE 006552 | 437 | 0.03 | | 13.11T |
| Labor | 2 Hours Labor Charge (Converting Emails and Formatting Excel Spread Sheets / Designate Pages Labeling) @ $35/Hour | 2 | 35.00 | | 70.00 |
| CD | 1 Master & Copies | 2 | 14.95 | | 29.90T |
| | Documents Production | | | | |
| | Sales Tax | | 9.75% | | 18.42 |

Charge: Client _073281_ Matter _1_ Disb Code _0036_
Description _Copy Service –_

Incurring Emp _Bobby Ghajar_ E# _7264_
Approved by _____ E# _____
Print Name _____ Date _3/31/11_
Approved by _____ E# _____
Print Name _____ Date _____

Thank you for your business.

| **Total** | **$277.38** |
|-----------|-------------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.

# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/26/2011 | LA 115798 |

**PAID**
**11/29/2011**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Pillsbury Winthrop Shaw Pittman LLP<br>725 S. Figueroa St., Suite 2800<br>Los Angeles, CA 90017<br>Attn: Bobby Ghajar | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 488-7100 | 073281-0000001 | Bobby/Marcus |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Conversion | Image Conversion with Electronic Bates | 3,332 | 0.05 | 8/22/2011 | 166.60T |
| Upload | FTP Uploads | 2 | 15.00 | | 30.00T |
| Conversion | Image Conversion with Electronic Bates | 6,135 | 0.05 | 8/26/2011 | 306.75T |
| Upload | FTP Uploads | 2 | 15.00 | | 30.00T |
| | Sales Tax | | 8.75% | | 46.67 |

Thank you for your business.

**Total** $580.02

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.

# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/16/2011 | LA 116144 |

**BILL TO**

Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa St., Suite 2800
Los Angeles, CA 90017
Attn: Bobby Ghajar

**PLEASE REMIT TO**

LA Best Photocopies, Inc.
811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 488-7100 | 073281.000.0001 | Marcus/Grady |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Scan | B&W Scan to PDF | 607 | 0.10 | 9/16/2011 | 60.70T |
| Color Scan | Color Scan to PDF | 209 | 0.35 | | 73.15T |
| Electronic Bates | EX. 1 Page 1 to Ex. 42 Page 816 | 816 | 0.03 | | 24.48T |
| CD | Master CD | 1 | 14.95 | | 14.95T |
| Labor | 2 Hours Labor Charge for Computer Work & Reduce File Size @ $45/Hour | 2 | 45.00 | | 90.00 |
| | Sales Tax | | 8.75% | | 15.16 |

Charge: Client 07328 | Matter 1 Disb Code 0036
Description Duplication of documents
Incurring Emp: Bobby Ghajar E# 17264
Approved by E#
Print Name Date 10/5/11
Approved by E#
Print Name Date

Thank you for your business.

**Total** $278.44

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.



**Xerox Services**
Billing to *Pillsbury Winthrop Shaw Pittman LLP, L.A.*

Supporting Documents
Monthly Billing for October 2011

Invoice: 116542874

Cust#: 501001374

| Description | Amount |
|---|---|
| **Weekend Overtime** | |
| 5-Sep-11    A. ARANDA    11564APA    099993      0205350 | $    384.00 |
| 17-Sep-11    B. GHAJAR    17264      073281      0000002 | $    120.00 |
| | 8.5% tax was added to this $120.00 charge for a total bill to Nike of $130.50 |
| | $    504.00 |