# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

BAUER BROS, LLC, a California limited liability company,

                         Plaintiff

       vs.

NIKE, INC., an Oregon Corporation,

                         Defendant

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:     09cv500-WQH-BGS

_____

NIKE, INC., an Oregon Corporation,

                         Counterclaimant

       vs.

BAUER BROS, LLC, a California limited liability company,

                         Counterdefendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

On 5/24/2012, Defendant Nike's Motion for Summary Judgment on all claims was granted in favor of Defendant Nike. On 11/26/2012, Defendant Nike's Motion to Voluntarily Dismiss the Counterclaims was granted. The counterclaims are dismissed without prejudice. The Court declines to order cancellation of the subject trademarks. The Clerk of the Court's Order Taxing Costs is not reinstated. The Motion for Attorney Fees filed by Nike is not reinstated.

| November 27, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                    s/M. Cruz
                                          (By) M. Cruz, Deputy Clerk

                                          ENTERED ON  November 27, 2012