# UNITED STATES DISTRICT COURT

for the
Southern District of California

| | | |
|---|---|---|
| Bauer Bros. LLC, | )) | |
| | )) | |
| v. | ) | Case No.: 09cv0500-WQH-BGS |
| | | Telephonic Hearing Date: December 18, 2012 |
| Nike, Inc., | | Hearing Time: 2:00 p.m. |
| | | Hearing Location: Clerk's Office, 333 W. Broadway, Suite 420, |
| | | San Diego, CA 92101 |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  November 27, 2012   against  Bauer Bros. LLC
                                                                          *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ........................................................................................................... | $ |
| Fees for service of summons and subpoena ..................................................................... | 1,896.49 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............ | 11,853.75 |
| Fees and disbursements for printing ................................................................................ | 1,509.46 |
| Fees for witnesses *(itemize on page two)* ......................................................................... | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ........................................................................ | 3,070.94 |
| Docket fees under 28 U.S.C. 1923 .................................................................................. | |
| Costs as shown on Mandate of Court of Appeals ............................................................. | |
| Compensation of court-appointed experts......................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | |
| Other costs *(please itemize)* ......................................................................................... | |
| TOTAL   $ | 18,330.64 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service                ☐   First class mail, postage prepaid

☐   Other:

s/ Attorney:      /Marcus Peterson/

Name of Attorney:  Marcus Peterson

For:                        Nike, Inc.                        Date:  November 28, 2012
                   *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
*Clerk of Court*                        *Deputy Clerk*                        *Date*

American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | TOTAL | 0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
      "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
      "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
      Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

      When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

      Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.


American LegalNet, Inc.
www.FormsWorkFlow.com

# Fees for Service of Summons and Subpoena



# INVOICE

**NATIONWIDE LEGAL EXPRESS** LLC

1609 James M Wood Blvd., Los Angeles, CA 90015

\*\*\* REPRINT \*\*\*

| Invoice No. | Customer No. |
|---|---|
| 110727 | 123 |
| **Invc Date** | **Total Due** |
| 2/15/11 | 2,650.70 |
| | |
| | |

HOWREY LLP
550 SOUTH HOPE STREET,11TH FLR
ATTN:ISABEL LOUCKS
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 123 | 110727 | 2/15/11 | 2,650.70 | 2 | | | |
| **Date** | **Ordr No.** | **Svc** | | Service Detail | | | | **Charges** | **Total** |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/31/11 | 327927 | C/C | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 Caller: JOHN FITZPATRICK Case Number:8:04-CV-01455-CJC Documents:STIPULATION AND PROP OSED ORDER RE BRIEFI Client/Matter: 04692.0178.000000 Pieces/Pages: 8 | USDC/SANTA ANA 411 WEST FOURTH STREET SANTA ANA CA 92701 Case Title:ARMINAK V ST GOBAIN Signed by: DELIVERED CC/CARNEY'S | Base Chg : 25.00 | 25.00 |
| COURTESY COPY E-TRAC | | | | | | |
| 2/04/11 | 329273 | DSD | USDC/SANTA ANA 411 WEST FOURTH STREET SANTA ANA CA 92701 Caller: JOHN FITZPATRICK Case Number:8:03CV1329-JVS Documents:DOCKET NO. 351 SPECI AL VERDICT (ENTERED: Client/Matter: 04692.0178.000000 | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 ADV FEES ONLY Case Title:APPLIED MED. V. J&J Signed by: ADV FEES ONLY FOR CONT | Adv Fees : 26.00 | 26.00 |
| DIGITAL RETURN SAMEDAY | | | | | | |
| | | | **Total Charges for Ref. - 04692.0178.000000:** 51.00 | | | |
| 1/31/11 | 327883 | RUD | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 Caller: THERESA STRUWE Case Number:F-04-6121 Documents:CITY OF MODESTO OPPO SITION TO MOTION TO Client/Matter: 04926.0003.000000 Pieces/Pages: 10 | USDC/FRESNO 2500 TULARE STREET FRESNO CA 93721 Case Title:CCCI V. CITY MODESTO Signed by: DELIV COURTESY COPY | Base Chg : 130.00 Wait/Rsrch: 25.00 Fax/Pages : 10.00 | 165.00 |
| DEL RSH-2HRS E-TRAC | | | | | | |
| | | | **Total Charges for Ref. - 04926.0003.000000:** 165.00 | | | |
| 2/08/11 | 330250 | SP | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 Caller: SHELLEY MARTENSO Case Number:09CV0500 WQH BGS Client/Matter: 04938.0015.00000 Pieces/Pages: 8 | STORES ONLINE, INC. 1303 N. RESEARCH WAY OREM UT 84097 Case Title:SUBPOENA TO PRODUCE Signed by: RACHEL WILLIAMSON | Base Chg : 265.00 Fed Ex : 25.00 | 290.00 |
| SPECIAL OUT STATE PROCESS | | | | | | |
| | | | **Total Charges for Ref. - 04938.0015.00000:** 290.00 | | | |
| 2/10/11 | 330937 | SPP | HOWREY LLP 550 SOUTH HOPE STREET LOS ANGELES CA 90071 Caller: SHELLEY MARTENSO Case Number:09CV0500 WQH BGS Client/Matter: 04938.0015.000000 Pieces/Pages: 8 | THE DEN 2744 CARLSBAD BLVD CARLSBAD CA 92008 Case Title:SUBPOENA TO PRODUCE Signed by: MARY STEELY | Base Chg : 185.00 Fax/Pages : 4.00 | 189.00 |
| SPECIAL PROCESS | | | | | | |
| | | | **Total Charges for Ref. - 04938.0015.000000:** 189.00 | | | |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

2



# NATIONWIDE
### LEGAL EXPRESS
#### LLC

1609 James M Wood Blvd., Los Angeles, CA 90015

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 111098 | 123 |
| **Invc Date** | **Total Due** |
| 3/15/11 | 2,101.88 |
| | |
| | |

HOWREY LLP
550 SOUTH HOPE STREET, 11TH FLR
ATTN: ISABEL LOUCKS
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 123 | 111098 | 3/15/11 | 2,101.88 | 1 | | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 3/08/11 | 338017 | HTD | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES    CA 90071<br>Caller: YVONNE KUBICEK<br>Case Number: DELIVER COURTESY CPY<br>Client/Matter: 01638-5884 | USDC/SANTA ANA<br>411 WEST FOURTH STREET<br>SANTA ANA      CA 92701<br><br><br>Signed by: JUDGES BOX | Base Chg : 112.00<br>Fuel Chrg : 5.60 | 117.60 |
| HOT DELIVERY-1 HOUR | | | | | | | |
| | | | **Total Charges for Ref. - 01638-5884:** 117.60 | | | | |
| 3/07/11 | 337843 | C/C | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES    CA 90071<br>Caller: JOHN FITZPATRICK<br>Case Number: 8:04-CV-01455-CJC<br>Documents: REPLY BRIEF<br>Client/Matter: 04692.0178.000000<br>Pieces/Pages: 15 | USDC/SANTA ANA<br>411 WEST FOURTH STREET<br>SANTA ANA      CA 92701<br><br>Case Title: ARMINAK V ST GOBAIN<br><br>Signed by: DELIVERED CC/CARNEY'S | Base Chg : 25.00 | 25.00 |
| COURTESY COPY E-TRAC | | | | | | | |
| | | | **Total Charges for Ref. - 04692.0178.000000:** 25.00 | | | | |
| 2/15/11 | 332132 | SPP | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES    CA 90071<br>Caller: SHELLEY MARTENSO<br>Case Number: 09CV0500 WQH BGS<br>Client/Matter: 04938.0015.000000<br>Pieces/Pages: 8 | DOMAIN SOURCE, INC.<br>17778 SHASTA LAKE ROAD<br>LAKEHEAD      CA 96051<br>OUT OF METRO AREA<br>Case Title: SUBPOENA TO PRODUCE<br>Signed by: CLOSE OUT | Base Chg : 225.00 | 225.00 |
| SPECIAL PROCESS | | | | | | | |
| | | | **Total Charges for Ref. - 04938.0015.000000:** 225.00 | | | | |
| 3/03/11 | 336769 | SPD | HOWREY LLP<br>550 SOUTH HOPE STREET<br>LOS ANGELES    CA 90071<br>Caller: DONNA JOHNSON<br>Case Number: CV 09-9192 GW (CWX)<br>Documents: MOTION TO DISMISS 2N D AMD COMPLAINT; IPR<br>Client/Matter: 05262.0092.000000 | USDC - CENTRAL DISTRICT<br>312 N. SPRING STREET<br>LOS ANGELES      CA 90012<br><br>Case Title: CHAVEZ V. NESTLE<br><br>Signed by: CC DEL JUDGE WU | Base Chg : 31.00 | 31.00 |
| SPECIAL DEL-IMMEDIATE | | | | | | | |
| | | | **Total Charges for Ref. - 05262.0092.000000:** 31.00 | | | | |
| 3/10/11 | 338886 | SPD<br>SPD | SAN BERNARDINO/CIVIL<br>303 WEST THIRD STREET<br>SAN BERNARDINO   CA 92415<br>Caller: JUDITH WESSLER<br>Case Number: SCVSS148531<br>Documents: PICK UP ORDER ON CMO #2 FROM CLERK IN JU<br>Client/Matter: 07288.0043.000000 | HOWREY LLP<br>550 S. HOPE<br>LOS ANGELES      CA 90071<br><br>Case Title: ALVANTAI V. UP<br><br>Signed by: PICKED UP | Base Chg : 105.00<br>Wait/Ranch: 36.00<br>Fuel Chrg : 5.25 | 146.25 |
| DEL SPCL-ASAP E-TRAC | | | | | | | |
| | | | **Total Charges for Ref. - 07288.0043.000000:** 146.25 | | | | |
| | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

3



# INVOICE

*** REPRINT ***

NATIONWIDE LEGAL EXPRESS
LLC
1609 James M Wood Blvd., Los Angeles, CA 90015

| Invoice No. | Customer No. |
|---|---|
| 110920 | 123 |
| **Invc Date** | **Total Due** |
| 2/28/11 | 4,340.88 |
| | |
| | |
| | |

HOWREY LLP
550 SOUTH HOPE STREET, 11TH FLR
ATTN: ISABEL LOUCKS
LOS ANGELES, CA 90071

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID # 45-419-8275

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 123 | 110920 | 2/28/11 | 4,340.88 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|

**2/10/11  330932  SP**
SPECIAL OUT STATE PROCESS
EMODA.COM CORPORATION              EMODA.COM (AGENT BUSINESS FI. INC.)   Base Chg : 230.00
302 MOORE ST.                     116 PINE STREET, SUITE 320            Atmpt/addl: 230.00
PHILADELPHIA     PA 19148         HARRISBURG      PA 17101              Add'l fees: 230.00
Caller: SHELLEY MARTENSO                                               Fed Ex   : 25.00
Case Number:09CV0500 WQH BGS      Case Title:SUBPOENA TO PRODUCE
Client/Matter: 04938.0015.000000  Signed by: BOB SERSCH,
Pieces/Pages:   8                                                                          **715.00**

**2/23/11  334445  SPP**
SPECIAL PROCESS
DALE PINER, C.P.A                 NEW ADDRESS                          Base Chg : 185.00
4800 STOCKDALE HIGHWAY            200 NEW STINE ROAD                   Atmpt/addl: 100.00
BAKERSFIELD      CA 93309         BAKERSFIELD     CA 93309             Fed Ex   : 25.00
Caller: SHELLEY MARTENSO
Client/Matter: 04938.0015.000000  Signed by: PERSONAL
Pieces/Pages:   8                                                                          **310.00**

Total  Charges  for Ref. - 04938.0015.000000:   1,025.00

**2/16/11  332627  SPR**
RSCH SPCL-ASAP  E-TRAC
STATE CORPORATION COMMISION       HOWREY LLP                           Base Chg : 200.00
1300 EAST MAIN STREET #1          550 S. HOPE STREET                   Wait/Rsrch: 35.00
RICHMOND         VA 23219         LOS ANGELES     CA 90071             Fees Adved: 1.00
Caller: JUDITH WESSLER                                                 Fax/Pages : 1.00
Documents:UCC DOCUMENT #080320  73134, ORIGINALLY F
Client/Matter: 05265.0001         Signed by: OBTAIN/PDF TO CLIENT
Pieces/Pages:   1                                                                          **237.00**

Total  Charges  for Ref. - 05265.0001:   237.00

**2/28/11  335406  HFX**
FAX/PDF HOT-1HR  E-TRAC
HOWREY LLP                        USDC - CENTRAL DISTRICT               Base Chg : 65.00
550 SOUTH HOPE STREET             312 N. SPRING STREET                 Fax/Pages : 4.50
LOS ANGELES      CA 90071         LOS ANGELES     CA 90012             Blue Backs: 1.00
Caller: JUDITH WESSLER
Case Number:CV10-09544 (GW)       Case Title:FRANCIS V. NESTLE
Documents:COURTESY COPIES: (1.) SECOND STIPULATION
Client/Matter: 05265.0001 (FRANCIS)  Signed by: CC DEL JUDGE WU
Pieces/Pages:   9                                                                          **70.50**

Total  Charges  for Ref. - 05265.0001 (FRANCIS):   70.50

**2/16/11  332576  SPR**
RSCH SPCL-ASAP  E-TRAC
ST. LOUIS COUNTY CIRCUIT          HOWREY LLP                           Base Chg : 200.00
7900 CARONDELET                   550 S. HOPE STREET                   Wait/Rsrch: 30.00
SAINT LOUIS      MO 63105         LOS ANGELES     CA 90071             Adv Fees : 30.00
Caller: JUDITH WESSLER                                                 Check Chgs: 3.00
Case Number:11SL-CC00532          Case Title:CEBTRUE-V-CEDAR RUN       Fax/Pages : 15.00
Documents:COPY OF COMPLAINT AN D ALL EXHIBITS THERE                                        **278.00**
Client/Matter: 05265.0001.000000  Signed by: OBTAIN DOCS REQUIRED/P
Pieces/Pages:   1

Total  Charges  for Ref. - 05265.0001.000000:   278.00

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

4

U S LEGAL MANAGEMENT
SERVICES, INC.
TAX ID#34-2003879

Invoice No.    Customer No.
1142073        11060
Invc Date      Total Due
6/30/11        7,804.55

PILLSBURY-LEGAL
725 SOUTH FIGUEROA STREET
28TH FLOOR
LOS ANGELES, CA 90017

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 11060 | 1142073 | 6/30/11 | 7,804.55 | 4 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |
| 6/27/11 | 4965549 | FSP | PILLSBURY WINTHROP-LEGAL | | PERPETUAL LICENSING | | Base Chg  : | 279.00 | 279.00 |
| PROCESS-FORWARD SAME DAY | | | 725 SOUTH FIGUEROA STREET | | 12 EAST 86TH STREET | | | | |
| | | | LOS ANGELES     CA 90017 | | NEW YORK      NY 10022 | | | | |
| | | | Caller: grady johnson | | | | | | |
| | | | Case No.: 09CV0500 WGH | | Case Title: NIKE VS. BAUER BROS | | | | |
| | | | Signed: DAVID MILCH | | Ref: 073281-000-0001 | | | | |

Total Charges for Ref. - 073281-000-0001:     279.00

5

Invoice No.   Customer No.
1142073    11060
Invc Date   Total Due
6/30/11   7,804.55

U S LEGAL MANAGEMENT
SERVICES, INC.
TAX ID#34-2003879

PILLSBURY-LEGAL
725 SOUTH FIGUEROA STREET
28TH FLOOR
LOS ANGELES, CA 90017

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11060 | 1142073 | 6/30/11 | 7,804.55 | 5 |

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| | | | | Service Detail | | |
| 6/27/11 | 4965645 | BAP | PILLSBURY WINTHROP-LEGAL<br>725 SOUTH FIGUEROA STREET<br>LOS ANGELES   CA 90017<br>Caller: GRADY 7414<br>Case No.: 09CV0500WQH<br>PLEASE SERVE TODAY<br>Signed: Richard Parker, Pres. | REA & PARKER REASEARCH<br>4875 CASALS PLACE<br>SD-SANTO/52 FWY CA 92142<br><br>Case Title: BAUER BROS V NIKE<br><br>Ref: 073281.0000001.17265 | Base Chg : 181.50<br>Fuel Chge : 16.34 | 197.84 |
| PROCESS-BRANCH ASAP | | | | | | |
| 6/27/11 | 4965653 | BAP | PILLSBURY WINTHROP-LEGAL<br>725 SOUTH FIGUEROA STREET<br>LOS ANGELES   CA 90017<br>Caller: GRADY 7414<br>Case No.: 09CV0500WQH<br>PLEASE SERVE TODAY<br>Signed: Greg Highuotes, a, a | RGL GALLEGHER LLP<br>501 WEST BROADWAY<br>SD-DOWNTOWN   CA 92101<br><br>Case Title: BAUER BROS V NIKE<br><br>Ref: 073281.0000001.17265 | Base Chg : 90.48<br>Fuel Chge : 8.14 | 98.62 |
| PROCESS-BRANCH ASAP | | | | | | |
| 6/27/11 | 4965655 | BAP | PILLSBURY WINTHROP-LEGAL<br>725 SOUTH FIGUEROA STREET<br>LOS ANGELES   CA 90017<br>Caller: GRADY 7414<br>Case No.: 09CV0500WQH<br>PLEASE SERVE TODAY<br>Signed: Jackie Helleis, a.a. | FLAGSHIP RESEARCH<br>2850 5TH AVENUE<br>SD-DOWNTOWN   CA 92101<br><br>Case Title: BAUER BROS V NIKE<br><br>Ref: 073281.0000001.17265 | Base Chg : 90.48<br>Fuel Chge : 8.14 | 98.62 |
| PROCESS-BRANCH ASAP | | | | | | |
| 6/27/11 | 4965658 | APS | PILLSBURY WINTHROP-LEGAL<br>725 SOUTH FIGUEROA STREET<br>LOS ANGELES   CA 90017<br>Caller: GRADY 7414<br>Case No.: 09CV0500WQH<br>PLEASE SERVE TODAY<br>Signed: Tonya Rodgers/ata | LORI STOCKTON KOZAK<br>12400 WILSHIRE BLVD<br>LOS ANGELES   CA 90025<br><br>Case Title: BAUER BROS V NIKE<br><br>Ref: 073281.0000001.17265 | Base Chg : 118.25<br>Fuel Chge : 10.64 | 128.89 |
| PROCESS-SAME DAY | | | | | | |

Total Charges for Ref. - 073281.0000001.17265:   523.97

U S LEGAL MANAGEMENT
SERVICES, INC.
TAX ID#34-2003879

| | | |
|---|---|---|
| Invoice No. | Customer No. | |
| 1139045 | 11060 | |
| Invc Date | Total Due | |
| 3/31/11 | 2,633.93 | |

PILLSBURY-LEGAL
725 SOUTH FIGUEROA STREET
28TH FLOOR
LOS ANGELES, CA 90017

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11060 | 1139045 | 3/31/11 | 2,633.93 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/18/11 | 4881398 | BAP | PILLSBURY WINTHROP-LEGAL | THE DEN | Base Chg : 181.50 | |
| | | | 725 SOUTH FIGUEROA STREET | 2744 CARLSBAD BLVD | Fuel Chge : 16.34 | |
| PROCESS-BRANCH ASAP | | | LOS ANGELES      CA 90017 | CARLSBAD      CA 92008 | Adv/Wit Ck: 52.00 | |
| | | | Caller: GRADY 43338 | | Check Chg : 5.20 | 255.04 |
| | | | Case No.: 09-CV0500 WQH | Case Title: BAUER VS NIKE | | |
| | | | 09-CV0500 WQH | BAUER VS NIKE | | |
| | | | Signed: Summer Rayle-Striler, | Ref: 073281-000-0001 | | |
| 3/22/11 | 4883348 | BAP | PILLSBURY WINTHROP-LEGAL | ZAZZLE INC | Base Chg : 217.25 | |
| | | | 725 SOUTH FIGUEROA STREET | 1900 SEAPORT BLVD | Fuel Chge : 19.55 | 236.80 |
| PROCESS-BRANCH ASAP | | | LOS ANGELES      CA 90017 | REDWOOD CITY      CA 94063 | | |
| | | | Caller: GRADY 43338 | | | |
| | | | Case No.: 09CV0500 WQH | Case Title: BAUER VS NIKE | | |
| | | | 09CV0500 | BAUERE VS NIKE | | |
| | | | Signed: Melanie Sherk, VP | Ref: 073281-000-0001 | | |

Total Charges for Ref. - 073281-000-0001:     491.84

7

# Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case (Including Court Reporters)

# Deposition Transcripts

Bauer v. Nike

| Invoice # | Witness | Date | Transcript Non expedited fee |
|-----------|---------|------|------------------------------|
| 11-10426 | Tim Bauer | 4/7/2011 | 1521.5 |
| 11-10425 | Luke Bauer | 4/6/2011 | 1517.25 |
| 11-11369 | Louis Rea | 8/10/2011 | 1530 |
| 11-11410 | Lori Kozak | 8/25/2011 | 1092.25 |
| 11-11436 | Richard Holstrom | 8/22/2011 | 1453.5 |



# Invoice

| | Date | Invoice # |
|---|---|---|
| | 9/2/2011 | 11-11436 |

Tax ID # 30-0168697

1299 Pennsylvania Avenue
Suite 1130E
Washington, DC 20004
202-232-0646

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Richard Holstrom |

| Terms | Due Date |
|---|---|
| Net 30 | 10/2/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 8/22/2011 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + RASCII | | 1,453.50 ~~1,966.50~~ |
| Exhibit Scanning B&W | | 46.00 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~875.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

Charge: Client 073281  Matter /  Disb Code 0037
Description Deposition of Richard Holstrom
Incurring Emp Bobby Ghajar  E# 17264
Approved by ⊘  E#
Print Name  Date 10/5/11
Approved by  E#
Print Name  Date

| Total | $1,754.50 ~~$3,427.50~~ |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $3,427.50 |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.

11



# Invoice

| | Date | Invoice # |
|---|---|---|
| 1299 Pennsylvania Avenue | | |
| Suite 1130E | 8/31/2011 | 11-11410 |
| Washington, DC 20004 | | |
| 202-232-0646 | | |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury | Bauer v. Nike | Lori Kozak |
| Bobby Ghajar | | |
| 725 South Figueroa Street, Suite 2800 | | |
| Los Angeles, CA 90017-5406 | | |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 9/30/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 8/25/2011 | 200.00 |
| Transcript - 5 day turnaround (CA,NY,FL,OH) | | ~~1,709.05~~  $1,092.25 |
| Exhibit Scanning B&W | | 57.00 |
| Exhibit Scanning color | | 8.50 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~750.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

Charge: Client: 073281 Matter: 1 Disb Code: 603 7
Description: Deposition of Lori Kozak
Incurring Emp: Bobby Ghajar  E#: 17264
Approved by: ___  E#: ___
Print Name: ___  Date: 10/5/11
Approved by: ___  E#: ___
Print Name: ___  Date: ___

| Total | ~~$3,064.55~~  $1,412.75 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $3,064.55 |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.

12



# Invoice

| | 1299 Pennsylvania Avenue<br>Suite 1130E<br>Washington, DC 20004<br>202-232-0646 |
|---|---|

| Date | Invoice # |
|---|---|
| 8/26/2011 | 11-11369 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Louis Rea |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 9/25/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee (10:00am - 7:10pm) | 8/10/2011 | 380.00 |
| Transcript - 5 day turnaround (CA,NY,FL,OH) | | ~~2,394.00~~ |
| Exhibit Scanning B&W | | 47.50 |
| Exhibit Scanning color | | 56.95 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~1,062.50~~ |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 55.00 |

*(handwritten notation: 1530)*

*(handwritten stamp block:)*
Charges: Client 07328 Matter 1 Disb Code 0037
Description: Deposition Transcript - Louis Rea
Incurring Emp: Bobby Ghajar E# 1264
Approved by: *(signature)* E#
Print Name: Date 10/5/11
Approved by: E#
Print Name: Date

| Total | *(handwritten: $2,069.45)* | $4,280.95 |
|---|---|---|
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $4,280.95 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

13



**DIGITAL
EVIDENCE
GROUP** LLC

# Invoice

| | Date | Invoice # |
|---|---|---|
| | 4/15/2011 | 11-10425 |

1299 Pennsylvania Avenue
Suite 1130E
Washington, DC 20004
202-232-0646

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Luke Bauer |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 5/15/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee (10:30 - 10pm) | 4/6/2011 | 320.00 |
| Transcript - 5 day turnaround (CA,NY,FL,OH) | | 1,511.55 ~~2,374.05~~ |
| Exhibit Scanning B&W | | 133.75 |
| Exhibit Scanning color | | 60.35 |
| Deposition Filming - 1st hour | | ~~285.00~~ |
| Additional hours filming | | ~~1,312.50~~ |

Charge: Client _073281_ Matter _000001_ Disb Code _0037_
Description _Deposition Transcripts_

Incurring Emp _Bobby Ghajar_ E# _17264_
Approved by _(signature)_ E# _____
Print Name _____ Date _4/22/11_
Approved by _____ E# _____
Print Name _____ Date _____

| Total | $~~2,051.35~~ $4,485.65 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,485.65 |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.



# Invoice

| | Date | Invoice # |
|---|---|---|
| | 4/15/2011 | 11-10426 |

1299 Pennsylvania Avenue
Suite 1130E
Washington, DC 20004
202-232-0646

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Pillsbury<br>Bobby Ghajar<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | Bauer v. Nike | Tim Bauer |

| Terms | Due Date |
|---|---|
| Net 30 | 5/15/2011 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee (10am - 8pm) | 4/7/2011 | 280.00 |
| Transcript - 5 day turnaround (CA,NY,FL,OH) | | 1,521.58  2,380.70 |
| Exhibit Scanning B&W | | 51.75 |
| Exhibit Scanning color | | 1.70 |
| Deposition Filming - 1st hour | | 285.00 |
| Additional hours filming | | 1,125.00 |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 55.00 |

Charge: Client 07328 | Matter 000001 Disb Code 0037
Description *Deposition Transcripts*

Incurring Emp *Bobby Ghajar*   E# 17264
Approved by ▬▬▬▬▬   E#
Print Name ▬▬▬▬▬   Date 4-22-11
Approved by   E#
Print Name   Date

| Total | $1,707.75  $4,179.15 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $4,179.15 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

15





**ESQUIRE**

Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 300-1214
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

### Invoice # PL315174

| Invoice Date | 09/13/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/28/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

BOBBY GHAJAR ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/24/2011 | BAUER vs. NIKE | 410598 | 09/07/2011 | UPS |

| Description |
|---|
| Copy Deposition for HAL PORET, 08/24/2011 (NEW YORK, NY) |

EXHIBITS
SUMMARY

Charge: Client 073281 Matter 1 Disb Code 0037
Description Hal Poret — Deposition Transcript
Incurring Emp Bobby Ghajar E# 17264
Approved by _____ E# _____
Print Name _____ Date 10/5/11
Approved by _____ E# _____
Print Name _____ Date _____



| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/28/2011** | **$ 533.55** |
| Amount Due After 10/28/2011 | $ 586.91 |

Tax Number: 20-4667049

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA · MasterCard · DISCOVER

**ESQUIRE**

| | |
|---|---|
| Invoice #: | PL315174 |
| Payment Due: | 10/28/2011 |
| **Amount Due On/Before 10/28/2011** | **$ 533.55** |
| Amount Due After 10/28/2011 | $ 586.91 |

BOBBY GHAJAR ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

012 0000315174 09132011 7 000053355 8 10282011 10282011 0 000058691 35



**ESQUIRE**
an Alexander Gallo Company

ⒺESQUIRE

Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 300-1214
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

### Invoice # PL315773

| Invoice Date | 09/16/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/31/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

RICHARD ZAITLEN ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/29/2011 | BAUER vs. NIKE | 410982 | 09/12/2011 | UPS |

| Description |
|---|
| Copy Deposition for CATE ELSTEN, 08/29/2011 (SAN FRANCISCO, CA) |

EXHIBITS
SUMMARY



Charge: Client 073281-0000001 Matter  Disb Code 0037
Description Deposition Transcript of
Cate Elsten, 8/29/11

Incurring Emp Richard Zaitlen E# 1344
Approved by  E# 1264
Print Name Bobby Ghajar Date 9/26/11
Approved by  E#
Print Name  Date

  

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/31/2011** | **$ 848.20** |
| Amount Due After 10/31/2011 | $ 933.02 |

Tax Number:  20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

ⒺESQUIRE
an Alexander Gallo Company

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| Invoice #: | PL315773 |
|---|---|
| Payment Due: | 10/31/2011 |
| **Amount Due On/Before 10/31/2011** | **$ 848.20** |
| Amount Due After 10/31/2011 | $ 933.02 |

RICHARD ZAITLEN ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

Remit to:

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

**Thank you for your business!**

012 0000315773 09162011 1 000084820 7 10312011 10312011 4 000093302 11

17

# INVOICE

U.S. Legal Support - SD
1230 Columbia Street
Suite 400
San Diego, CA  92101
Phone:619-573-4883  Fax:619-573-4880

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 295352 | 5/19/2011 | 226331 |
| **Job Date** | **Case No.** | |
| 5/6/2011 | | |
| **Case Name** | | |
| Bauer Bros., LLC vs. Nike, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bobby Ghajar
Pillsbury, Winthrop, Shaw & Pittman-LA
725 South Figueroa Street
Suite 2800
Los Angeles, CA  90017

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Frank Kelly | 485.10 |
| | **TOTAL DUE >>>**   **$485.10** |
| Reference No.     :  140965 | |
| Online bill pay available at www.uslegalsupport.com | |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                      Phone: 213-488-7100   Fax:213-629-1033

---

*Please detach bottom portion and return with payment.*

Bobby Ghajar
Pillsbury, Winthrop, Shaw & Pittman-LA
725 South Figueroa Street
Suite 2800
Los Angeles, CA  90017

| | | | |
|---|---|---|---|
| Job No. | : 226331 | BU ID | : 42-SD |
| Case No. | : | | |
| Case Name | : Bauer Bros., LLC vs. Nike, Inc. | | |
| Invoice No. | : 295352 | Invoice Date | : 5/19/2011 |
| **Total Due** | : **$485.10** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **U.S. Legal Support (CA Reporting)**
             **P O Box 79637**
             **City of Industry, CA  91716-9637**

18

_Session # 142144_

_RUSH_



ESQUIRE
Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Toll Free (800) 300-1214
Fax (866) 590-3205

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com



BOBBY GHAJAR ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

## Invoice # PL313302

| Invoice Date | 09/01/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/16/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped - | Shipped Via |
|---|---|---|---|---|
| 08/23/2011 | BAUER vs. NIKE | 410538 | 08/30/2011 | F-X-S |

| Description |
|---|
| Copy Deposition for JAMES RIFE, 08/23/2011 (LOS ANGELES, CA) |

    EXHIBITS
    SUMMARY

**ENTERED - SF**

**SEP 28 2011**

**C. Pugeda**

Charge: Client 07328l Matter 1 Disb Code 0037
Description
_Deposition of James Rife_
Incurring Emp 17264   E# 17264
Approved by   E#
Print Name _Bobby Ghajar_ Date 9-15-11
Approved by   E#
Print Name   Date

**RECEIVED - SF**

**SEP 19 2011**

**Teresa Isle**

Tax:   $ 0.00
Paid:   $ 0.00

**Amount Due On/Before 10/16/2011**   **$ 808.90**

Amount Due After 10/16/2011   $ 889.79

Tax Number: 20-4667049

---

016069

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA MasterCard Discover AMERICAN EXPRESS

ESQUIRE

BOBBY GHAJAR ,ESQ.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
SUITE 2800
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

**RECEIVED**

**SEP 15 2011**

PWSP LLP - Acctg LA

Invoice #:   PL313302
Payment Due:   10/16/2011

**Amount Due On/Before 10/16/2011**   $ 808.90

Amount Due After 10/16/2011   $ 889.79

Remit to:
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012  0000313302  09012011  0  000080890  4  10162011  10162011  4  000088979  23

19

# Court Transcripts

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20120034

### MAKE CHECKS PAYABLE TO:

Bobby Ghajar, Esq.
PILLSBURY WINTHROP SHAW PITTMAN
725 S. Figueroa, Suite 2800
Los Angeles, CA 90017

Phone:  (213) 488-7174

Debra M. Henson, CSR, RPR
Official Court Reporter
U.S. Courthouse
940 Front Street, Suite 5190
San Diego, CA 92101

Phone:  (619) 238-4538
FAX    (619) 238-4538
Tax ID:  59-3772227
courtreporterusdc@sbcglobal.net

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED:  03-02-2012 | DATE DELIVERED:  03-05-2012 |

**Case Style:** 09-CV-0500 WQH, Bauer Bros. v Nike

MAG transcription:  Discovery hearing, 2-29-12, before Magistrate Judge
Bernard G. Skomal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 28 | 0.90 | 25.20 | | | | 25.20 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL:  25.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE:  $25.20 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| /s/ Debra M. Henson | 03-05-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

21

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20120026

MAKE CHECKS PAYABLE TO:

Bobby Ghajar, Esq.
PILLSBURY WINTHROP SHAW PITTMAN
725 S. Figueroa, Suite 2800
Los Angeles, CA 90017

Phone: (213) 488-7174

Debra M. Henson, CSR, RPR
Official Court Reporter
U.S. Courthouse
940 Front Street, Suite 5190
San Diego, CA 92101

Phone: (619) 238-4538
FAX (619) 238-4538
Tax ID: 59-3772227
courtreporterusdc@sbcglobal.net

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 02-21-2012 | 02-22-2012 |

**Case Style:** 09-CV-0500 WQH, Bauer Bros. v Nike
MAG Transcription: 1-28-11, discovery hearing before Judge Bernard G. Skomal

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 17 | 6.05 | 102.85 | | | | | | | 102.85 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 102.85 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $102.85 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| /s/ Debra M. Henson | 02-22-2012 |

(All previous editions of this form are cancelled and should be destroyed)

22

Thanks,

On Wed, Nov 2, 2011 at 5:55 PM, Peterson, Marcus D. <marcus.peterson@pillsburylaw.com> wrote:
Thanks Mauralee. We'll take seven days.

**From:** mauralee ramirez <ordertranscript@gmail.com>
**To:** Peterson, Marcus D.
**Sent:** Wed Nov 02 17:08:50 2011
**Subject:** Re: Transcript of 10-28-11 proceeding

Hi Mr. Peterson,

I apologize for the delay in responding to your order. The transcript is 52 pages, and the cost breakdown is as follows:

Daily ($6.05 per page) - $314.60
7-day ($4.85 per page) - $252.20
14-day ($4.25 per page)-$221.00
30-day ($3.65 per page)-$189.80

Payment is to be made before delivery. Delivery is email unless otherwise specified. Checks are to be made payable to me as follows:

If mailing:
Mauralee Ramirez
Official Court Reporter
880 Front Street, Room 4290
San Diego, California 92101

If hand delivering:
Mauralee Ramirez
Official Court Reporter
940 Front Street, Room 4135
San Diego, California 92101

Please indicate the time frame in which you would like to receive the transcript.

Thanks,

On Fri, Oct 28, 2011 at 3:54 PM, Peterson, Marcus D. <marcus.peterson@pillsburylaw.com> wrote:
Mauralee,

I would like to order a transcript of the 11:00 hearing before Judge Hayes this morning in the Bauer Bros v Nike matter, Case No 09-cv-0500.

Thanks so much!

Marcus Peterson
Pillsbury

6/5/2012

23

# pillsbury

## CHECK REQUEST FORM

| | Mark if CPC |
|---|---|

Date Required: __11/15/2011__   Return Check to: __Donna Colon__   Room: __2779W__

Check To: __Mauralee Ramirez__

Address: __Official Court Reporter__

__880 Front Street, Room 4290__

__San Diego, Ca 92101__

*Tax Payer ID #* _____   Check Amount* __$252.20__

Client Charge 1:

| Client # | Matter # | DisbCode | E# (Incurring Empl) | Amount |
|---|---|---|---|---|
| 073281 | 0000001 | | 17264 | $252.20 |

Client/Matter Name: NIKE-BAUER

Description: COURT REPORTER SERVICE

Client Charge 2:

| Client # | Matter # | DisbCode | E# (Incurring Empl) | Amount |
|---|---|---|---|---|
| | | | | |

Client/Matter Name:

Description:

### AND/OR

Office Charge 1:

| Office | Dept. | G/L Account | PracSect | E# (Incurring Empl) | Amount |
|---|---|---|---|---|---|
| | | | | | |

Description:

Office Charge 2:

| Office | Dept. | G/L Account | PracSect | E# (Incurring Empl) | Amount |
|---|---|---|---|---|---|
| | | | | | |

Description:

| Total Client & Office Charges | Total Must Equal Check Amount Above* | $252.20 |
|---|---|---|

| Prepared By: | |
|---|---|
| Network Telephone # | Date Prepared: |

*Approval Signature:*

Approved By: __EVAN FINKEL__   E# __13439__   Date: __11/15/2011__

*2nd Approval Signature: (if applicable)*

Approved By: _____   E# _____   Date: _____

*3rd Approval Signature: (if applicable)*

Approved By: _____   E# _____   Date: _____

## FOR FINANCE USE ONLY

| | RECEIVED in Finance | ENTERED in CMS |
|---|---|---|

Vendor #: _____

Invoice #: _____

Invoice Date: _____

24

# Fees and Disbursements
# for Printing

# LA Best Photocopies, Inc.
811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/3/2011 | LA 111451 |

| BILL TO |
|---------|
| Howrey LLP<br>550 S. Hope St., Suite 1100<br>Los Angeles, CA 90071<br>Attn: Shelley Martenson |

| PLEASE REMIT TO |
|-----------------|
| LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 892-1935 | 04938.0015 | Shelley Martenson |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Color Printout | Color Printout<br>Sales Tax | 1,530 | 0.65<br>9.75% | 12/30/2010 | 994.50T<br>96.96 |

| Thank you for your business. | **Total** | $1,091.46 |
|------------------------------|-----------|-----------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.

26

# Fees for Costs of Making Copies of Any Materials Where the Copies are Necessarily Obtained for Use in this Case

# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/25/2011 | LA 113018 |

| BILL TO | PLEASE REMIT TO |
|---|---|
| Pillsbury<br>725 South Figueroa St. Suite 2800<br>Los Angeles, CA 90017<br>Attn: Bobby Ghajar | LA Best Photocopies, Inc.<br>811 Wilshire Blvd. Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|---|---|---|---|---|
| Due on receipt | 33-0718874 | 213 488-7100 | 073281.000.0001 | Grady/Bobby |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| Scan | B&W Scan to PDF | 164 | 0.10 | | 16.40T |
| Color Scan | Color Scan | 188 | 0.35 | | 65.80T |
| Color Scan | 11 x 17" Color Scan | 85 | 0.75 | | 63.75T |
| Electronic Bates | NIKE 006116 - NIKE 006552 | 437 | 0.03 | | 13.11T |
| Labor | 2 Hours Labor Charge (Converting Emails and Formatting Excel Spread Sheets / Designate Pages Labeling) @ $35/Hour | 2 | 35.00 | | 70.00 |
| CD | 1 Master & Copies | 2 | 14.95 | | 29.90T |
| | Documents Production | | | | |
| | Sales Tax | | 9.75% | | 18.42 |

Charge: Client _073281_ Matter _1_ Disb Code _0036_
Description _Copy Service –_

Incurring Emp _Bobby Ghajal_ E# _1726 4_
Approved by _____ E# _____
Print Name _____ Date _3/31/11_
Approved by _____ E# _____
Print Name _____ Date _____

Thank you for your business.

| | Total | $277.38 |
|---|---|---|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.

# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/26/2011 | LA 115798 |

**PAID 11/29/2011**

| BILL TO | PLEASE REMIT TO |
|---------|-----------------|
| Pillsbury Winthrop Shaw Pittman LLP<br>725 S. Figueroa St., Suite 2800<br>Los Angeles, CA 90017<br>Attn: Bobby Ghajar | LA Best Photocopies, Inc.<br>811 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 488-7100 | 073281-0000001 | Bobby/Marcus |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Conversion | Image Conversion with Electronic Bates | 3,332 | 0.05 | 8/22/2011 | 166.60T |
| Upload | FTP Uploads | 2 | 15.00 | | 30.00T |
| Conversion | Image Conversion with Electronic Bates | 6,135 | 0.05 | 8/26/2011 | 306.75T |
| Upload | FTP Uploads | 2 | 15.00 | | 30.00T |
| | Sales Tax | | 8.75% | | 46.67 |

Thank you for your business.

| **Total** | $580.02 |
|-----------|---------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please remit promptly to avoid this charge.

29

# LA Best Photocopies, Inc.

811 Wilshire Blvd., Suite 200
Los Angeles, CA 90017
Phone: (213) 622-1622
Fax: (213) 622-2569

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/16/2011 | LA 116144 |

| BILL TO |
|---------|
| Pillsbury Winthrop Shaw Pittman LLP |
| 725 S. Figueroa St., Suite 2800 |
| Los Angeles, CA 90017 |
| Attn: Bobby Ghajar |

| PLEASE REMIT TO |
|-----------------|
| LA Best Photocopies, Inc. |
| 811 Wilshire Blvd., Suite 200 |
| Los Angeles, CA 90017 |

| TERMS | FED. ID# | PHONE # | CLIENT MATTER NO. | REQUESTED BY |
|-------|----------|---------|-------------------|--------------|
| Due on receipt | 33-0718874 | (213) 488-7100 | 073281.000.0001 | Marcus/Grady |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|------|-------------|-----|------|----------|--------|
| Scan | B&W Scan to PDF | 607 | 0.10 | 9/16/2011 | 60.70T |
| Color Scan | Color Scan to PDF | 209 | 0.35 | | 73.15T |
| Electronic Bates | EX. 1 Page 1 to Ex. 42 Page 816 | 816 | 0.03 | | 24.48T |
| CD | Master CD | 1 | 14.95 | | 14.95T |
| Labor | 2 Hours Labor Charge for Computer Work & Reduce File Size @ $45/Hour | 2 | 45.00 | | 90.00 |
| | Sales Tax | | 8.75% | | 15.16 |

Charges: Client 07328l Matter 1 Disb Code 0036
Description Duplication of documents
Incurring Emp: Bobby Ghajar E# 17264
Approved by E#
Print Name Date 10/5/11
Approved by E#
Print Name Date

| Thank you for your business. | **Total** | $278.44 |
|------------------------------|-----------|---------|

1.5% late charge ($5.00 minimum) will be assess if payment is past due. Please
remit promptly to avoid this charge.

30



## Xerox Services
Billing to *Pillsbury Winthrop Shaw Pittman LLP, L.A.*

Supporting Documents
Monthly Billing for October 2011

Invoice: <u>116542874</u>

Cust#: <u>501001374</u>

| Description | | | | | Amount |
|---|---|---|---|---|---|
| **Weekend Overtime** | | | | | |
| 5-Sep-11 | A. ARANDA | 11564APA | 099993 | 0205350 | $ 384.00 |
| 17-Sep-11 | B. GHAJAR | 17264 | 073281 | 0000002 | $ 120.00 |
| | | | | 8.5% tax was added to this $120.00 charge for a total bill to Nike of $130.50 | |
| | | | | **$** | **504.00** |