FILED

2016 JUN -1 PM 12: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ *TM* _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

BAUER BROS. LLC, a California
limited liability company,

     Plaintiff,

 v.

NIKE, INC., an Oregon corporation,

     Defendant.

CASE NO.  **09-cv-0500 WQH (BGS)**

**ORDER DISMISSING ACTION
WITH PREJUDICE**

Judge:  Hon. William Q. Hayes

Courtroom: 14B (Carter/Keep)

Pursuant to Rule 41(a)(l)(A)(ii), the Court dismisses the above action with prejudice.   Each party shall bear its own attorney fees and costs.

IT IS SO ORDERED.

May 31, 2016

HON. WILLIAM Q. HAYES